**Brief filed August 5, 2022, Stricken and Abatement Order filed October 4, 2022**



In The

# Fourteenth Court of Appeals

————

## NO. 14-22-00361-CV

————

## In the Interest of A.Y.C., a child

On Appeal from the 313th District Court
Harris County, Texas
Trial Court Cause No. 2020-02304J

## ABATEMENT ORDER

This is an accelerated appeal from a judgment in a parental termination appeal. On August 5, 2022, an *Anders* brief was filed by appointed counsel, Jennifer A. Smith, for H.G.G., the father of A.Y.C. Father's parental rights were terminated pursuant to subsections 161.001(b)(1) (D), (E), (N), and (O) of the Texas Family Code. *See* Tex. Fam. Code § 161.001(b)(1)(D), (E), (N), (O). In counsel's *Anders* brief, only subsection (O) is addressed. On September 27, 2022, we ordered counsel to file a supplemental brief addressing subsections (D) and (E) on or before October 3, 2022. *See In re N.G.*, 577 S.W.3d 230, 233–34, 235–36 (Tex. 2019) (per curiam). On October 3, 2022, counsel filed a supplemental brief that addresses (N) but does not address (D) or (E).

Accordingly, we strike appellant's brief and enter the following order. The case is abated and remanded to the trial court with instructions to appoint other counsel and have a supplemental clerk's record containing that appointment filed with the clerk of this court within five (5) days of the date of this order.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental clerk's record is filed with the clerk of this court.


PER CURIAM


Panel Consists of Chief Justice Christopher and Justices Wise and Hassan.